IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**NORTHERN DIVISION**

| | | |
|---|---|---|
| JEFFREY F. and DONNA LAWRENCE | * | |
| Plaintiffs | * | |
| v. | * | CIVIL ACTION |
| THE "IMAGINE…!" YACHT, LLC, et al. | * | NO. MJG-02-CV-3224 |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| LATITUDE 38 LLC | * |
| Third-Party Plaintiff | * |
| v. | * |
| SHER & BLACKWELL, LLP | * |
| 1850 M. Street, N.W., Suite 900 | |
| Washington, D.C. 20036 | * |
| Third-Party Defendant | * |
| | *   *   * |

**AFFIDAVIT OF SERVICE**

STATE OF MARYLAND   )
                              ) SS
CITY OF BALTIMORE    )

On this 11th day of March, 2003, before me, a Notary Public of the State of Maryland, personally appeared David W. Skeen, attorney for the defendant and third-party plaintiff, Latitude 38, LLC, and made oath in due form of law that on March 5, 2003, he mailed the Third-Party Summons, copy of the Third-Party Complaint, Amended Complaint with Magistrate Trial Notice and Local rule 103.3

134598 v. (10207.00001)

Notice to defendant, LLP, Answer and Crossclaim, to third-party defendant, Sher & Blackwell, LLP, through its founding partner, Stanley O. Sher, Esquire, by certified mail, restricted delivery, and that said documents were delivered to defendant through its agent on March 6, 2003, as shown on the attached return receipt.

| | |
|---|---|
| _____/S/*_____ | _____/S/*_____ |
| David W. Skeen | Notary Public |
| Wright, Constable & Skeen, L.L.P. | |
| One Charles Center, 16th Floor | |
| 100 N. Charles Street | |
| Baltimore, Maryland  21201-3812 | |
| Attorney for Defendant and | |
| Third-Party Plaintiff, | |
| Latitude 38, LLC | |

*A copy of the signature page bearing original signatures is attached hereto as Attachment 1.

DWS.LATITUDE.LAWRENCE.AFF.SERV.lan

134598 v. (10207.00001)