103.3 Notice to defendant, LLP, Answer and Crossclaim, to third-party defendant, Sher & Blackwell, LLP, through its founding partner, Stanley O. Sher, Esquire, by certified mail, restricted delivery, and that said documents were delivered to defendant through its agent on March 6, 2003, as shown on the attached return receipt.

_____
David W. Skeen
Wright, Constable & Skeen, L.L.P.
One Charles Center, 16th Floor
100 N. Charles Street
Baltimore, Maryland 21201-3812
Attorney for Defendant and
Third-Party Plaintiff,
Latitude 38, LLC

_____
Notary Public
My Commission Expires 3/1/06

DWS.LATITUDE.LAWRENCE.AFF.SERV.lan

134598 v. (10207.00001)