| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *April Love*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>April Love   3-6-03<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>STANLEY O SHER ESQUIRE<br>SHER & BLACKWELL LLP<br>1850 M ST NW STE 900<br>WASHINGTON DC  20036 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number (Transfer from service label) | 7001 2510 0002 1075 8474 |

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1035

---

UNITED STATES POSTAL SERVICE

SUBURBAN MD
PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

ATTN DAVID W. SKEEN, ESQ.

WRIGHT, CONSTABLE & SKEEN, L.L.P.
ONE CHARLES CENTER, 16TH FLOOR
100 NORTH CHARLES STREET
BALTIMORE, MD 21201-3812

10207.1 3/5/03

ss