# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Jeffrey F. and Donna Lawrence** | | |
| **Plaintiff** | * | |
| | | |
| v. | * | Civil No.  MJG-02-3224 |
| | | |
| **Annapolis Bay Charters, Inc., et al** | * | |
| **Defendant** | | |
| | * | |

\*\*\*\*\*\*

## ORDER OF DEFAULT

It appearing from the records and/or affidavit of that the summons and Complaint were properly served upon the above named Defendant **Annapolis Bay Charters, Inc** on   November 2, 2003 , and that the time for said Defendant **Annapolis Bay Charters, Inc** to plead or otherwise defend expired on   November 23, 2003  , and that said Defendant has failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED**, that default for want of answer or other defense by said Defendant **Annapolis Bay Charters, Inc** is entered this   18th    day of   March            , 2003       .

FELICIA C. CANNON, CLERK


By:          /s/
Hannah Bea Merez, Deputy Clerk

U.S. District Court (Rev. 1/2000) - Order of Default