IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| JEFFREY F LAWRENCE | : | |
| And | | |
| DONNA LAWRENCE | : | |
| | | |
| Plaintiffs | : | Civil Action # MJG-02-CV-3224 |
| | | |
| v. | : | |
| | | |
| THE "IMAGINE…!" YACHT, LLC | : | |
| And | | |
| ANNAPOLIS BAY CHARTERS, INC. | : | |
| And | | |
| LATITUDE 38, LLC | : | |
| | | |
| Defendants | : | |

**ANSWER TO CROSS CLAIM OF LATITUDE 38, LLC AGAINST
THE "IMAGINE…!" YACHT, LLC**

Cross Defendant, The "IMAGINE…!" Yacht, LLC, by its attorney, Robert H. Bouse, Jr., for Answer to the Cross Claim filed by Latitude 38, LLC, says:

1. The Cross Defendant, The "IMAGINE…!" Yacht, LLC, admits the allegations contained in paragraph 1 of the Cross Claim.

2. The Cross Defendant, The "IMAGINE…!" Yacht, LLC, denies the allegations contained in paragraph 2 of the Cross Claim.

**AFFIRMATIVE DEFENSES**

3. The allegations contained in the Cross Claim fail to state a cause of action against the Cross Defendant, The "IMAGINE…!" Yacht, LLC.

    4.  The Cross Plaintiff was guilty of negligence which caused or contributed to the happening of this occurrence, if any should be proven.

    5.  That the Cross Plaintiff was guilty of breach of duty to properly supervise which was the proximate cause of the Plaintiff's injuries if any should be proven.

    **WHEREFORE,** having fully answered the Cross Claim, Cross Defendant, The "IMAGINE…!" Yacht, LLC, prays that the Cross Claim be dismissed with costs and attorneys fees assessed against the Cross Plaintiff.

                                                                                              _____/s/_____
Robert H. Bouse, Jr. (#01926)
Anderson, Coe & King, LLP
201 N. Charles Street
Suite 2000
Balto., MD  21201
410-752-1630
Attorney for Defendant The "IMAGINE…!" Yacht, LLC

    I HEREBY CERTIFY that on this 1st day of April, 2003, copy of the foregoing Answer to Cross Claim of Latitude 38, LLC was electronically mailed only to:

David W. Skeen, Esq.
Wright, Constable & Skeen, LLP
One Charles Center, 16th Floor
100 North Charles Street
Balto., MD  21201-3812
Attorneys for Latitude 38, LLC

Prabir Chakrabarty, Esq.
Resnick & Abraham, LLC
One E. Franklin Street
Balto., MD  21202
Attorney for Plaintiffs

                                                                            _____/s/_____
Robert H. Bouse, Jr. (#01926)
Anderson, Coe & King, LLP