AO 441 (Rev. 5/85) [MD Rev. 02/2001] Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**PLAINTIFF**

Jeffrey F. Lawrence
Donna Lawrence

**V. DEFENDANT AND THIRD PARTY PLAINTIFF**

The "IMAGINE...!" Yacht, LLC
7074 Bembe Beach Road Slip A39
P.O. Box 1469
Annapolis, MD 21404

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: MJG
MJ602-CV-3224

**V. THIRD PARTY DEFENDANT**

Sher & Blackwell, LLP
1850 M. Street, N.W., Suite 900
Washington, DC 20036

To: Name and address of Third Party Defendant

Sher & Blackwell, LLP
1850 M. Street, N.W. Suite 900
Washington, D.C. 20036

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

**PLAINTIFF'S ATTORNEY (name and address)**

Murray I. Resnick (#08342)
Prabir Chakrabarty #25524
Resnick & Abraham, LLC
One East Franklin Street
Balto., MD 21202

**DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)**

Robert H. Bouse, Jr., Esq. (#01926)
Anderson, Coe & King, LLP
201 N. Charles Street
Suite 2000
Balto., MD 21201

an answer to the third-party complaint which is herewith served upon you within 60 days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

Felicia C. Cannon
CLERK

*[signature]*

DATE: 4/3/03

- AO 441  (Rev. 5/85) [MD Rev. 02/2001] Third Party Summons in a Civil Action

(By) DEPUTY CLERK

- AO 441  (Rev. 5/85) [MD Rev. 02/2001] Third Party Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me [1]

DATE

NAME OF SERVER

TITLE

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed _____    _____
              Date            Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.