IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| **Jeffrey Lawrence et al.** | * | |
| **Plaintiffs** | * | |
| v. | * | Case No.:  MJ602-CV-3224 |
| **The Imagine Yacht, LLC . . . , et al.** | * | |
| **Defendants** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF DISCOVERY**

I HEREBY CERTIFY, that on this 5th day of March, 2003, a copy of the foregoing Interrogatories and Request for Production of Documents were mailed, postage prepaid, to David W. Skeen, Esquire, Wright, Constable & Skeen, LLP, One Charles Center, 16th Floor, 100 North Charles Street, Baltimore, MD 21201-3812.

I will retain the original documents in my possession without alteration until the case is concluded in this Court or time for noting an appeal has expired and any appeal noted has been decided.

_____
Prabir Chakrabarty, Esq. # 25524