**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | |
|---|---|
| JEFFREY F. and DONNA LAWRENCE : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | C.A. NO.  MJG02-CV-3224 |
| THE "IMAGINE…!" YACHT, LLC, et al. : | |
| : | |
| Defendants. : | |

| | |
|---|---|
| THE "IMAGINE…!" YACHT , LLC, et al. : | |
| : | |
| Third Party Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| SHER & BLACKWELL, LLP : | |
| : | |
| Third Party Defendants. : | |

**THIRD PARTY DEFENDANT SHER & BLACKWELL, LLP'S**
**CORPORATE DISCLOSURE STATEMENT**

Third Party Defendant Sher & Blackwell, LLP, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 103.3, by its undersigned counsel, states as follows:

1.	Sher & Blackwell, LLP has no parent corporation or subsidiaries and, other than the parties named, is unaware of any other entity that may have a financial interest in this matter.

Dated:  May 2, 2003

Respectfully submitted,

MESIROW & STRAVITZ, PLLC

By:  /s/_____
Eric N. Stravitz, Esq.
Bar No.: 023610
2015 R Street, NW
Suite 300
Washington, DC 20009
202-463-0303; 202-861-8858 Fax

Counsel for Third Party Defendant Sher & Blackwell, LLP

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2003, a copy of the foregoing Corporate Disclosure Statement was transmitted via electronic case filing only to:

Robert H. Bouse, Jr., Esq.
Anderson, Coe & King, LLP
201 N. Charles Street
Suite 200
Baltimore, MD 21201-4135
Attorneys for The "Imagine…!" Yacht, LLC

David W. Skeen, Esq.
Wright, Constable & Skeen, LLP
One Charles Center, 16th Floor
100 North Charles Street
Baltimore, Maryland 21201-3812
Attorneys for Latitude 38, LLC

Murray I. Resnick, Esq.
Prabir Chakrabarty, Esq.
Resnick & Abraham, L.L.C.
One E. Franklin Street
Baltimore, MD 21202

/s/_____
Eric N. Stravitz