UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                 Reply to Northern Division Address

May 7, 2003

        Re:    Lawrence, et al v The "Imagine" Yacht
              RDB-02-3224

Dear Counsel/Parties:

    This case has been **reassigned** to Judge Richard D. Bennett. Please note that the letter (s) preceding the case number above represent the initials of the judge to whom the case has been reassigned and who will hereafter handle all aspects of the case. **It is important that you use this case number on all subsequent documents**.

    This case:

[ X ] is subject to electronic filing. Information on electronic filing procedures can be found on the Court's web site.

[    ] is not subject to electronic filing. However, if you are a registered CM/ECF user, you will receive electronic notification of any docket activity. There will not, however, be links to any documents which are filed.

                        Sincerely,

                        Felicia C. Cannon, Clerk

                By:   Janet Buker
                        Deputy Clerk

c:    Judges
      Magistrate Judge

U.S. District Court (4/29/2003) - Case reassignment letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov