**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE

<u>Northern Division</u>
320 U.S. Courthouse
101 W. Lombard Street
Baltimore, MD  21201
Tel 410-962-3190
Fax 410-962-3177

<u>Southern Division</u>
200 U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, MD  20770
Tel 301-344-0052
Fax 410-344-3888

June 25, 2003

TO COUNSEL OF RECORD

    Re:   Lawrence v. The "Imagine...!" Yacht, et al.
          <u>Civil No. RDB 02-3224</u>

Dear Counsel:

    I appreciate the coordination of counsel with respect to discovery deadlines in this matter. I have granted the Consent Motion to Amend Scheduling Order, whereby 60 days is added to each deadline.

    Absent extraordinary circumstances, no further extensions will be granted.

                                        Sincerely,

                                        Richard D. Bennett
                                        United States District Judge

RDB/skp