**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | |
|---|---|
| JEFFREY F. and DONNA LAWRENCE : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> THE "IMAGINE…!" YACHT, LLC, et al. : <br> : <br> Defendants. : | Civil Action No. MJG-02-3224 |
| THE "IMAGINE…!" YACHT , LLC, et al. : <br> : <br> Third Party Plaintiffs, : <br> : <br> v. : <br> : <br> SHER & BLACKWELL, LLP : <br> : <br> Third Party Defendant. : | |

**NOTICE OF CHANGE OF ADDRESS**

The Clerk of the Court will kindly note the change of address of undersigned counsel effective **September 2, 2003**, from 2015 R Street, N.W., Suite 300, Washington, D.C. 20009 to:

      **Mesirow & Stravitz, PLLC**
      **2000 Massachusetts Avenue, N.W.**
      **Suite 200**
      **Washington, D.C. 20036**
      **(202) 463-0303**
      **(202) 861-8858 (fax)**

[Signature page follows]

        Respectfully submitted,

        MESIROW & STRAVITZ

        /s/_____
        Eric N. Stravitz    #23610
        2000 Massachusetts Avenue, N.W.
        Suite 200
        Washington, D.C. 20036
        (202) 463-0303

        Counsel for Third Party Defendant

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of September, 2003, a copy of the foregoing Notice of Change of Address was sent via e-filing to:

Robert H. Bouse, Jr., Esq.
Anderson, Coe & King, LLP
201 N. Charles Street
Suite 200
Baltimore, MD 21201-4135
Attorneys for The "Imagine…!" Yacht, LLC

David W. Skeen, Esq.
Wright, Constable & Skeen, LLP
One Charles Center, 16th Floor
100 North Charles Street
Baltimore, Maryland 21201-3812
Attorneys for Latitude 38, LLC

Murray I. Resnick, Esq.
Prabir Chakrabarty, Esq.
Resnick & Abraham, L.L.C.
One E. Franklin Street
Baltimore, MD 21202
Attorneys for Plaintiffs

        /s/_____
        Eric N. Stravitz

2