# RESNICK & ABRAHAM, L.L.C.

## ATTORNEYS AT LAW

ONE EAST FRANKLIN STREET, SUITE 200 • BALTIMORE, MARYLAND 21202
(410) 539-6087 • 1-800-638-7652 • Fax: (410) 576-0818
HTTP://WWW.RA-ATTY.COM • EMAIL: INFO@RA-ATTY.COM

MURRAY I. RESNICK (MD, D.C.)
PHILIP ABRAHAM (MD, D.C.)
KEITH E. SCHWARTZ (MD)
PRABIR CHAKRABARTY (MD, D.C.)
TARA B. KNOWLES (MD)
MARTIN L. KAPLAN (NC)

ASSOCIATED ATTORNEYS
NATHAN A. COLMAN (VA)
RICHARD CROSS, JR. (DE)
MICHAEL T. LAMBERTI (NY)
ROSS GELFAND (GA)
ALAN L. ARONS (FL, NY)
LOUIS A. COLAGUORI (NJ)
J. SCOTT WATSON (PA)
IRWIN ESKANOS (CA)
JOHN W. FAIRLEY (NC)

1717 K STREET, N.W.,
SUITE 600
WASHINGTON, D.C. 20036
(202) 452-1411

6200 FALLS OF NEUSE RD.,
SUITE 200
RALEIGH, NC 27609
(919) 981-4468

ASSOCIATED OFFICES
1201 N. ORANGE STREET,
SUITE 610
WILMINGTON, DE 19801
(302) 777-4200

12500 FAIR LAKES CIR.,
SUITE 250
FAIRFAX, VA 22033
(703) 818-0223

6800 JERICHO TURNPIKE
SUITE 120
P.O. BOX 464
SYOSETT, NY 11791
(516) 364-5300

P.O. BOX 1870
ROSWELL, GA 30077
(678) 461-5952

1701 W. HILLSBORO BLVD.
SUITE 303
DEERFIELD BEACH, FL 33442-1571
(954) 480-6220

P.O. BOX 1427
BURLINGTON, NJ 08016-7027
(609) 386-1911

30 REGENCY PLAZA
GLEN MILLS, PA 19342
(610) 358-9600

2325 CLAYTON RD
CONCORD, CA 94520
800-364-9919

1721 NORLAND RD
CHARLOTTE, NC 28205-5705
(704) 535-8440

October 7, 2003

The Honorable Richard Bennett
United States District Court
For the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

     Re: <u>Jeffrey Lawrence v. The Imagine Yahct, L.L.C.</u>
        Case No. MJG-02-3224

Dear Judge Bennett:

  Pursuant to this Court's Scheduling Order of April 3, 2003, as amended on June 25, 2003, the parties were to submit a joint status report as of October 7, 2003. I have been spoken to counsel for Defendant Latitude 38, L.L.C., but both he and I have been unable to reach Defendant' Imagine Yacht, L.L.C.'s counsel in order to prepare a report of the current state of discovery. Therefore, we would request an extension of forty-eight (48) hours to file the report. Counsel for Counter-Defendant, Sher & Blackwell consent to this request.

            Very truly yours,
            RESNICK & ABRAHAM, L.L.C

            Prabir Chakrabarty, MD25524

cc: Robert Boyce, Anderson, Coe & King, LLP
David Skeen, Wright Constable & Skeen
Eric Stravitz, Meyerowitz & Stravitz