**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| **Northern Division**<br>320 U.S. Courthouse<br>101 W. Lombard Street<br>Baltimore, MD  21201<br>Tel 410-962-3190<br>Fax 410-962-3177 | **Southern Division**<br>200 U.S. Courthouse<br>6500 Cherrywood Lane<br>Greenbelt, MD  20770<br>Tel 301-344-0052<br>Fax 301-344-3888 |

October 10, 2003

TO COUNSEL OF RECORD

    Re:    Lawrence v. The Imagine Yacht
            Civil No. RDB 02-3224

Dear Counsel:

    In accordance with the parties' Joint Status Report filed October 9, 2003 (Paper No. 38), the Court hereby grants your joint request for a 90-day extension of the discovery deadline. The motions filing deadline has likewise been extended. The new schedule is set forth below:

| | |
|---|---|
| Discovery deadline and submission of further status report | January 7, 2004 |
| Dispostive motions filing deadline | February 4, 2004 |

    Counsel are urged to abide by these deadlines, as I am not inclined to grant any further extensions, absent extraordinary circumstances.

    Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to file and docket it as such.

                                    Sincerely,

                                /s/
                            Richard D. Bennett
                            United States District Judge