# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**Chambers of**  
**Richard D. Bennett**  
**United States District Judge**  
**Northern Division**

320 U.S. Courthouse  
101 W. Lombard Street  
Baltimore, MD 21201  
Tel: 410-962-3190  
Fax: 410-962-3177

January 9, 2004

TO COUNSEL OF RECORD

    Re:    Lawrence v. Yacht IMAGINE, etc., et al.  
             <u>Civil No. RDB 02-3224</u>

Dear Counsel:

    Pursuant to our telephone conference this afternoon, I have granted the Plaintiff's request for an extension of the discovery deadline, but only until January 30, 2004. The deadline for filing dispositive motions has also been extended accordingly.
A copy of the Revised Scheduling Order is attached.

    Counsel are urged to comply with the dates set forth in the Revised Scheduling Order as the Court is not inclined to grant any further extension absent extraordinary circumstances.

                          Sincerely,

                          /s/

                          Richard D. Bennett  
                          United States District Judge

RDB/skp

Attachment

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

JEFFREY F. LAWRENCE         :
DONNA LAWRENCE
                            :
        v.                        CIVIL NO. RDB 03-2002
                            :
THE "IMAGINE...!" YACHT, LLC, et al.
                            :

## REVISED SCHEDULING ORDER

Pursuant to the Court's conference call with counsel this afternoon and good cause having been shown,

IT IS HEREBY ORDERED, this 9th day of January, 2004, that the Court's Scheduling Order of April 3, 2003, which was modified on October 20, 2003, be further REVISED as follows:

| | |
|---|---|
| Completion of all discovery and submission of further status report | January 30, 2004 |
| Requests for admissions | February 6, 2004 |
| Dispositive pretrial motions deadline | February 27, 2004 |

To all other extents, the provisions of the Court's previous Scheduling Orders remain in full force and effect.

/s/ _____

Richard D. Bennett
United States District Judge