IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**NORTHERN DIVISION**

| | | |
|---|---|---|
| JEFFREY F. and DONNA LAWRENCE | * | |
| Plaintiffs | * | CIVIL ACTION |
| v. | * | NO. RDB-02-CV-3224 |
| THE "IMAGINE…!" YACHT, LLC, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*

| | |
|---|---|
| THE "IMAGINE…!" YACHT, LLC, et al. | * |
| Third-Party Plaintiffs | * |
| v. | * |
| SHER & BLACKWELL, LLP | * |
| Third-Party Defendant | * |

\*   \*   \*

**NOTICE OF FILING OF LENGTHY DOCUMENTS**

The proposed Motion for Summary Judgment, Memorandum in Support of Motion for Summary Judgment and proposed Order is being electronically filed. Attachments (Exhibits and Appendix to the Memorandum in Support) will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

Date  2/27/04

/s/
David W. Skeen, Esquire

/s/
Wright, Constable & Skeen, LLP
One Charles Center, 16th Floor
100 N. Charles Street
Baltimore, MD  21201-3812
(410) 659-1305
Attorneys for Defendant and
Third-Party Plaintiff,
Latitude 38° LLC