IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**NORTHERN DIVISION**

| | | |
|---|---|---|
| JEFFREY F. and DONNA LAWRENCE | * | |
| Plaintiffs | * | |
| | * | CIVIL ACTION |
| v. | * | |
| | | NO. RDB-02-CV-3224 |
| THE "IMAGINE…!" YACHT, LLC, et al. | * | |
| | * | |
| Defendants | | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * **

| | | |
|---|---|---|
| THE "IMAGINE…!" YACHT, LLC, et al. | * | |
| Third-Party Plaintiffs | * | |
| v. | * | |
| SHER & BLACKWELL, LLP | * | |
| Third-Party Defendant | * | |

\* \* \*
**ORDER**

UPON CONSIDERATION OF the Defendant's, Latitude 38 LLC, Motion for Summary Judgment, and any opposition thereto, it is, this ____ day of _____, 2004, by the United States District Court for the District of Maryland, hereby

ORDERED that Defendant's, Latitude 38 LLC, Motion for Summary Judgment is, and the same is hereby, GRANTED; and it is further

151278 v. (10207.00001)

ORDERED that judgment is entered in favor of the Defendant, Latitude 38 LLC and against the Plaintiff on the Complaint filed herein.

There is no genuine issue as to material fact.

_____
JUDGE, Richard D. Bennett

Cc:

David W. Skeen, Esq.
Wright, Constable & Skeen, L.L.P.
One Charles Center, 16th Floor
100 N. Charles Street
Baltimore, Maryland 21201

Murray I. Resnick, Esq.
Prabir Chakrabarty, Esq.
Resnick & Abraham, L.L.C.
One East Franklin Street
Baltimore, Maryland  21202

Robert H. Bouse, Jr., Esq.
201 N. Charles Street, Suite 2000
Baltimore, Maryland  21201-4102

Eric N. Stravitz, Esq.
2015 R Street, NW, Suite 300
Washington, D.C.  20009

151278 v. (10207.00001)