**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

| | |
|---|---|
| JEFFREY F. LAWRENCE<br>And<br>DONNA LAWRENCE | *<br><br>* |
| Plaintiffs | * |
| v. | * |
| THE "IMAGINE…!" YACHT, LLC<br>And<br>ANNAPOLIS BAY CHARTERS, INC.<br>And<br>LATITUDE 38, LLC | *<br><br>*<br><br>* |
| Defendants | *   Civil Action # RDB-02-CV-3224 |
| *   *   *   *   * | |
| THE "IMAGINE…!" YACHT, LLC | * |
| Third Party Plaintiff | * |
| v. | * |
| SHER & BLACKWELL, LLP | * |
| Third Party Defendant | * |

*   *   *   *   *   *   *   *   *

**<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

Defendant, the "IMAGINE . . . !" Yacht LLC, by its attorneys, Robert H. Bouse, Jr. and Jonathan A. Cusson and pursuant to F.R.C.P. 56, hereby moves for partial summary judgment on the grounds that there is no dispute of material fact regarding

Count III of Plaintiff's Complaint, the grounds and authorities for which are set forth more fully in the attached Memorandum of Law.

/s/
Robert H. Bouse, Jr. (#01926)
Jonathan A. Cusson (#27095)
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Baltimore, Maryland  21201-4135
(410) 752-1630
***Attorneys for The "IMAGINE…!" Yacht, LLC***

## NOTICE OF SERVICE

I HEREBY CERTIFY that on this 27th day of February, 2004, a copy of Defendants, The "IMAGINE . . .!" Yacht, LLC's Motion for Partial Summary Judgment, Memorandum in Support of Motion for Partial Summary Judgment and proposed Order were electronically filed and electronically mailed, to:

Prabir Chakrabarty, Esquire
Resnick & Abraham, LLC
One E. Franklin Street
Baltimore, MD 21202

Eric N. Stravitz, Esquire
Mesirow & Stravitz, PLLC
2000 Massachusetts Avenue, N.W., Suite 200
Washington, DC  20036

David W. Skeen, Esquire
Wright, Constable & Skeen, LLP
One Charles Center, 16th Floor
100 North Charles Street
Baltimore, MD  21201-3812


                              /s/
Jonathan A. Cusson (#27095)