**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | | |
|---|---|---|
| JEFFREY F. LAWRENCE | * | |
| And | | |
| DONNA LAWRENCE | * | |
| | | |
|       Plaintiffs | * | |
| | | |
| v. | * | |
| | | |
| THE "IMAGINE…!" YACHT, LLC | * | |
| And | | |
| ANNAPOLIS BAY CHARTERS, INC. | * | |
| And | | |
| LATITUDE 38, LLC | * | |
| | | |
|       Defendants | * | Civil Action # RDB-02-CV-3224 |
| | | |
|    *   *   *   * | * | |
| | | |
| THE "IMAGINE…!" YACHT, LLC | * | |
| | | |
|       Third Party Plaintiff | * | |
| | | |
| v. | * | |
| | | |
| SHER & BLACKWELL, LLP | * | |
| | | |
|       Third Party Defendant | * | |
| | | |
|    *   *   *   *   *   *   *   *   * | | |

## <u>ORDER</u>

Upon consideration of Defendant's Motion for Partial Summary Judgment and any opposition thereto it is this ˍ day ˍˍˍˍˍˍˍˍˍˍˍˍˍ, 2004 hereby

ORDERED that Defendant's Motion is granted and as a matter of law judgment is entered for the "IMAGINE . . .!" Yacht, LLC regarding Count III of Plaintiff's Amended Complaint.


_____/S/_____

Richard D. Bennett
United States District Judge
