IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
<u>NORTHERN DIVISION</u>

| | | |
|---|---|---|
| JEFFREY F. and DONNA LAWRENCE | * | |
| Plaintiffs | * | |
| v. | * | |
| THE "IMAGINE...!" YACHT, LLC, et al | * | CIVIL ACTION |
| Defendants | | NO. RDB-02-CV-3224 |

\* \* \* \* \* \* \* \* \*

| | |
|---|---|
| THE "IMAGINE...!" YACHT, LLC, et al | * |
| Third-Party Plaintiffs | * |
| v. | * |
| SHER & BLACKWELL, LLP | * |
| Third-Party Defendant | * |

\* \* \* \* \* \* \* \* \* \*

NOTICE OF FILING OF LENGTHY DOCUMENTS

COMES NOW, the Plaintiffs, Jeffrey F. and Donna Lawrence, by and through their counsel Murray I. Resnick, Prabir Chakrabarty and Resnick & Abraham, L.L.C., and hereby states that the Opposition to Motion For Summary Judgment and Motion For Partial Summary Judgment is being electronically filed.  Attachments (Exhibits) will be filed with the clerk's office in paper format.

1

I hereby certify that within 24 hours of the filing of this notice, I will file and serve paper copies of the documents identified above.

_____/s/_____
Prabir Chakrabarty

Murray I. Resnick
Resnick & Abraham, L.L.C.
One East Franklin Street
Baltimore, MD 21202
(410) 539-6087

Attorneys for Plaintiffs

2