IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| JEFFREY F. LAWRENCE And | * | |
| DONNA LAWRENCE | * | |
| Plaintiffs | * | |
| v. | * | |
| THE "IMAGINE…!" YACHT, LLC And | * | |
| ANNAPOLIS BAY CHARTERS, INC. And | * | |
| LATITUDE 38, LLC | * | |
| Defendants | * | Civil Action # RDB-02-CV-3224 |
| *   *   *   *   * | | |
| THE "IMAGINE…!" YACHT, LLC | * | |
| Third Party Plaintiff | * | |
| v. | * | |
| SHER & BLACKWELL, LLP | * | |
| Third Party Defendant | * | |
| *   *   *   *   *   *   *   *   * | | |

## RESPONSE TO MOTION FOR SUMM ARY JUDGMENT OF SHER & BLACKWELL LLP

Third-party Plaintiff, the IMAGINE yacht, LLC by its attorneys, Robert H. Bouse, Jr. and Jonathan A. Cusson, hereby responds to Sher & Blackwell's Motion for Summary judgment and states that it did not intend to absolve the

charterer of liability by contract. The grounds and authorities for this response are set forth more fully in the memorandum of law attached hereto.

                                            Respectfully submitted,

                                            /s/
                                            Robert H. Bouse, Jr.
                                            Jonathan A. Cusson
                                            Anderson, Coe & King, LLP
                                            201 N. Charles Street, Suite 2000
                                            Baltimore, Maryland 21201
                                            (410) 752-1630

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of March, 2004, a copy of the foregoing was electronically filed and electronically mailed, to:

Prabir Chakrabarty, Esquire
Resnick & Abraham, LLC
One E. Franklin Street
Baltimore, MD 21202

Eric N. Stravitz, Esquire
Mesirow & Stravitz, PLLC
2000 Massachusetts Avenue, N.W., Suite 200
Washington, DC 20036

David W. Skeen, Esquire
Wright, Constable & Skeen, LLP
One Charles Center, 16th Floor
100 North Charles Street
Baltimore, MD 21201-3812

                                            /s/
                                            Jonathan A. Cusson