```
1              IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF MARYLAND
2

3    JEFFREY F. and

     DONNA LAWRENCE
4

              Plaintiffs           CIVIL ACTION NO.
5      vs.

6    THE "IMAGINE...!" YACHT,

     LLC, et al.
7

              Defendants           RDG-02-CV-3224
8    _____/

9

10           The deposition of LISA HENSHAW was held

11   on Thursday, January 22, 2004 commencing at 3:30

12   p.m. at the Law Offices of Sher & Blackwell, 1850 M

13   Street, N.W., Suite 900, Washington, D.C. 20036

14   before Louisa B. McIntire-Brooks, RPR, CSR.

15

16

17

18

19

20

21   REPORTED BY:  Louisa B. McIntire-Brooks, RPR, CSR
```

Page 2

1  APPEARANCES:
2      PRABIR CHAKRABARTY, ESQUIRE
           On behalf of the Plaintiffs
3
       ERIC N. STRAVITZ, ESQUIRE
4          On behalf of Sher & Blackwell
5      ROBERT H. BOUSE, ESQUIRE
           On behalf of Defendant, Imagine
6
       DAVID W. SKEEN, ESQUIRE
7          On behalf of Defendant, Latitude 38
8
9
10
11
12
13
14
15
16
17
18
19
20
21

Page 3

1              STIPULATIONS
2          It is stipulated and agreed by and
3  between counsel for the respective parties that the
4  reading and signing of this deposition by the
5  witness be and the same are hereby waived.
6          It is further stipulated and agreed that
7  the filing of this deposition with the Clerk of
8  Court be and the same is hereby waived.
9              - - - - - -
10 Whereupon,
11             LISA HENSHAW,
12 called as a witness, having been first duly sworn to
13 tell the truth, the whole truth, and nothing but the
14 truth, was examined and testified as follows:
15         EXAMINATION BY MR. BOUSE:
16   Q   Ms. Henshaw, you are an employee of Sher &
17 Blackwell?
18   A   Yes.
19   Q   What are your duties?
20   A   I'm the office administrator. I handle
21 the financials and computers, human resources,

Page 4

1  social events.
2    Q.  How long have you been employed?
3    A.  Almost ten years.
4    Q.  Your business address is where we are today?
5    A.  Um-hum.
6    Q.  How about your home address?
7    A.  12530 Perry Wood Lane, Dunkirk, Maryland
8  20754.
9    Q.  You're married to Mr. Pike?
10   A.  Yeah.
11   Q.  That's correct?
12   A.  Yeah.
13   Q.  And how long have you been married?
14   A.  July 16th.
15   Q.  Will be one year -- July 16th?
16   A.  Yeah, we just got married in the summer,
17 Hawaii.
18   Q.  Congratulations.
19   A.  Thank you.
20   Q.  What is your educational background, very
21 briefly?

Page 5

1    A.  Some college. Community college, two
2  years.
3    Q.  Ms. Henshaw, I'm going to ask you a series of
4  questions about Mr. Lawrence's lawsuit against my
5  client, which is the owners of the yacht, Imagine, and
6  also other counsel's client, which is the charter
7  broker for the yacht.
8    A.  Um-hum.
9    Q.  If at any time you don't understand one of my
10 questions, please say so and I'll try to rephrase it.
11 If you want to take a break and confer with counsel,
12 let me know and we'll stop. It should be very brief.
13 I understand that you were the one that contracted for
14 this trip?
15   A.  Yes.
16   Q.  How did it come about?
17   A.  We usually do a summer event and I thought
18 that this year would be good to do a sailboat event.
19 And I got on the internet and just looked at some
20 different sailboat companies and decided on the
21 Imagine.

Page 6

1  Q. What made you decide on the Imagine?
2  A. I liked the boat. They were right out of
3  Annapolis and stuff and Harrington South, where we
4  keep our sailboat recommended them.
5  Q. Where you keep your personal sailboat?
6  A. Um-hum. That was sort of a reason too
7  because we enjoy sailing and stuff and we thought
8  other people might.
9  Q. Had you ever been on a schooner such as the
10 Imagine before you booked it?
11 A. No.
12 Q. Did --
13 A. Well, I have been on sailboats, not that
14 big.
15 Q. Have you ever been on any sailboats that have
16 fired greeting cannons or anything like that?
17 A. No.
18 Q. Did the website have anything to do about
19 saluting other ships with a cannon --
20 A. No.
21 Q. -- as part of the sale?

Page 7

1  A. No.
2  Q. And who did you contact to set up the --
3  A. The charterer. I wanted -- I was looking
4  over the contract today just to refresh my memory a
5  little bit. Christie, Crystal. That was my contact
6  over there.
7  Q. Okay.
8  A. Davis or something. The person who at
9  that time was in charge of doing the charters.
10 Q. Did you have any questions over about the
11 charter or the law firm's responsibility with reference
12 to a charter of a vessel?
13 A. I just asked basically where they sailed,
14 what kind of food and beverages would they have.
15 Pretty standard stuff, the cost, obviously. Where
16 we should meet, what we should wear.
17 Q. Did you have anyone here at the firm review
18 the charter agreement that you received?
19 A. No.
20 Q. No one reviewed it?
21 A. No.

Page 8

1  Q. Who gave you the authorization to sign it --
2  A. Marc Fink.
3  Q. Marc Fink?
4  A. Um-hum.
5  Q. Did he ever look at it?
6  A. No.
7  Q. The agreement?
8  A. No.
9  Q. Did you ever think it was necessary to have
10 one of the lawyers who do maritime law look at it?
11 A. No, I usually read over the contracts. If
12 I do have some questions, I don't understand
13 something, I will ask. I usually go to John Butler.
14 Q. John Butler?
15 A. Um-hum.
16 Q. Before you signed it, you reviewed this
17 contract?
18 A. Yes. I look at everything I sign.
19 Q. That's why you work in a law firm?
20 A. Um-hum.
21 Q. Did you have any questions or any issues with

Page 9

1  any of the paragraphs of that contract --
2  A. No.
3  Q. -- that you were concerned about?
4  A. No.
5  Q. How did you get from wherever you started to
6  where the schooner was?
7  A. How did I get there?
8  Q. Yeah, personally?
9  A. We drove.
10 Q. Drove with Mr. Fink, Mr. Pike?
11 A. Mr. Pike.
12 Q. I'm sorry. It's been a long day. You drove
13 with Mr. Pike?
14 A. Mr. Pike.
15 Q. When you got there and got on the schooner,
16 do you have any recollection how long it was before the
17 cannon was fired?
18 A. I don't know, maybe halfway into it, maybe
19 a little bit more.
20 Q. You were out on Chesapeake Bay and I have
21 asked this question every time, I don't know if you can

Page 10

1  answer it or not, do you recognize any landmarks, a
2  bridge or point of land that you recognize where you
3  were near when the cannon was fired?
4      A.  Bay Bridge -- I'm not sure if we were by
5  the Bay Bridge, but I remember seeing the Bay
6  Bridge.
7      Q.  When was the first time that you saw the
8  cannon?
9      A.  When they brought it up.
10     Q.  Where did they bring it up from?
11     A.  Well, I don't know -- when they were
12 bringing to the place.  I didn't see exactly where
13 they brought it up from.
14     Q.  Did it appear to you that they brought it
15 from below decks?
16     A.  I just remember them carrying it to the
17 spot where they put it.
18     Q.  Who was carrying it?
19     A.  There were two women, I believe.
20     Q.  Did you ask what they were going to do with
21 that?

Page 11

1      A.  No.
2      Q.  Where did they take that cannon?
3      A.  They took it on the right side of the
4  boat.
5      Q.  Starboard side?
6      A.  Yeah, right.  I should know that.
7      Q.  You're a sailor, that's why I said starboard.
8      A.  Starboard side, between the cockpit and
9  the middle.
10     Q.  Let me show you -- this is a large schematic.
11 This is a smaller part of that schematic of the yacht,
12 Imagine.  This is below decks and that is the upper
13 deck.  Can you point out on there --
14     A.  This is the cockpit, right here?
15     Q.  This would be the cockpit.  This is the
16 wheel.
17     A.  Right.  Okay.  I want to say like here.
18     Q.  Can you put it -- show where it was on the
19 top part of the deck --
20     A.  You mean --
21     Q.  This is the below deck area.  This is the

Page 12

1  top.
2      A.  Okay.  I would probably say like around
3  here.  I don't know, around there.  I may be a
4  little bit more.
5      Q.  Would you put a circle and write cannon next
6  to it?  And then your name?
7      A.  (Marking.)
8      Q.  Thank you.  Now --
9      A.  Cannon copier.
10     Q.  Do you remember what, if anything, the cannon
11 was sitting on when they brought it up and placed it
12 there.
13     A.  Not really.  I'm not really sure if it was
14 like on the side or if it was actually sitting on
15 something.  I would assume it had to be sitting on
16 something because of the railing.  I don't recall.
17     Q.  At that point when they brought it up, do you
18 know where Mr. Lawrence was?
19     A.  No.
20     Q.  Do you know where anyone on -- can you
21 identify where anyone, a member of the firm was at the

Page 13

1  time they brought the cannon and placed it where you
2  indicated?
3      A.  Jeff, I think, Earl was down here.
4      Q.  Can you just write their names there where
5  you think they were?
6      A.  Okay.  This is a recollection.
7      Q.  I understand.  That's all I'm asking for.
8      A.  Jeff, Earl, maybe Pauley.  I want to say
9  Marc was around here, because when they made the
10 announcement, we have been will.
11     Q.  That's Marc Fink?
12     A.  Yeah.  I want to say Heather and then --
13 I'm not sure if this is exactly the time, I just
14 remember at one point like Heather was over here.  I
15 was sitting next to Donald at some point, but I'm
16 not sure if that was exactly at the time.  Do you
17 want me to write that?
18     Q.  Donald?
19     A.  Kassilke.  But, again I'm not sure if that
20 was around the same time.
21     Q.  Do you remember where you actually were --

Page 14

1  A. I was here.
2  Q. When the cannon was fired?
3  A. Yeah -- well, actually I was here to begin
4  with until they -- I was here to begin with.
5  Q. Indicating you were close to where the cannon
6  was placed?
7  A. Yes.
8  Q. Initially, and did you hear them say anything
9  before they fired the cannon, the crew members?
10 A. Yes.
11 Q. And what did they say?
12 A. They said that they were going to fire the
13 cannon, something about -- you do it when two ships
14 are passing because another ship was coming, another
15 boat, they said it was going to be loud, to cover
16 your ears or to move back.
17 Q. Did they make that announcement generally or
18 did they go around to each person?
19 A. It was general.
20 Q. And when they said that, you were seated
21 where you have indicated?

Page 15

1  A. Right.
2  Q. After they said that, where did you -- did
3  you move?
4  A. Yeah, I scooted down a bit.
5  Q. Did they ask you to move?
6  A. No, she just said it was going to be loud,
7  it was a cannon, it was a gun.
8  Q. I know from prior testimony, Mr. Butler was
9  there with his wife and a very young child, 6 month
10 old?
11 A. Uh-huh.
12 Q. Did you ever indicate to him that it may not
13 be a good idea to fire the cannon?
14 A. No.
15 Q. Did anyone object to the cannon being fired?
16 A. No.
17 Q. If you -- could you have objected? Do you
18 know?
19     MR. STRAVITZ: Objection. You can
20 answer.
21 A. No. Should I answer?

Page 16

1     MR. STRAVITZ: Yeah, you can.
2  A. Repeat the question?
3  Q. Could you have objected to them firing the
4  cannon?
5     MR. STRAVITZ: Objection, go ahead
6  and answer.
7  A. Yes, I could have objected.
8  Q. You didn't see a need to?
9  A. No.
10 Q. You said you moved. Where exactly did you
11 move to?
12 A. I moved closer to the cockpit, just a
13 little further away from it.
14 Q. Can you sort of make a circle and put self
15 down and indicate where you where when it was fired?
16 A. He moved.
17 Q. He, meaning?
18 A. Mark. I probably went to about here. So
19 put self?
20 Q. Yes. And then put a circle.
21 A. Circle.

Page 17

1  Q. That's an indication where you were when the
2  cannon was fired?
3  A. Yes.
4  Q. How far were you in feet, if you can tell me,
5  from the cannon when it was fired?
6  A. I don't know, 6 feet, 8 feet. I'm just
7  trying to think, like I was sitting here, maybe to
8  about there.
9  Q. To the outlet?
10 A. Yeah.
11 Q. You're saying --
12 A. Is that 10 feet?
13 Q. 6, 8 feet?
14 A. Okay.
15 Q. Were you the closest person to the cannon at
16 the time it was fired?
17 A. I don't recall that.
18 Q. You identified these other people, you don't
19 know where Mr. Lawrence was?
20 A. No, at the time that it was fired, I do
21 not recall.

Page 18

1  Q. Do you know where Mr. Pike was?
2  A. He was in the cockpit.
3  Q. Meaning --
4  A. Down here.
5  Q. That's where you wrote Jeff; right?
6  A. Right.
7  Q. Do you know when I asked him, he didn't know
8  where you were?
9  A. I'm upset.
10 Q. I wanted to make sure.
11 A. Was he there?
12      MR. CHAKRABARTY: Why are you
13 starting trouble?
14 Q. Do you know if Marc Fink heard that
15 announcement that it was going to be loud and you
16 should cover your ears?
17 A. I assume he did because he moved away as
18 soon as she announced it.
19 Q. Do you know if Jeff --
20 A. Pike.
21 Q. Jeff Pike and the other two gentlemen in the

Page 19

1  cockpit heard that?
2  A. I would assume that they did.
3  Q. They did?
4  A. I would assume that they did, yeah. But,
5  I don't know for sure.
6  Q. And did you see the other schooner coming?
7  A. Yes.
8  Q. Nearby?
9  A. Um-hum.
10 Q. After the crew of the Imagine fired the
11 cannon, did the other schooner fire a cannon also?
12 A. No. I thought it would.
13 Q. Have you ever fired a gun of any kind?
14 A. Yes.
15 Q. What kind of gun?
16 A. Some rifles, 30 odd 6, muzzle loader, some
17 handguns.
18 Q. Is that your husband that did the Uzi? Was
19 he the one with the Uzi?
20 A. He shot an Uzi?
21 Q. I don't want to bring up trouble again.

Page 20

1  A. I'm taking notes, give me some paper.
2  Q. The guy has got Uzis in the house. Have you
3  ever fired a shotgun?
4  A. Um-hum.
5  Q. The noise that you heard from the cannon, can
6  you compare it to the shotgun or any other weapon you
7  may have fired?
8  A. It was louder. It was a lot louder. And
9  I couldn't compare it. It was a completely
10 different noise.
11 Q. It lasted --
12 A. It was quick.
13 Q. Quick?
14 A. Yeah.
15 Q. Did you have your hands over your ears?
16 A. Um-hum.
17 Q. Did you look around and see other people have
18 their hands over their ears?
19 A. I want to say yes.
20 Q. After the cannon was fired, did anyone
21 immediately say to you that was really loud or my ears

Page 21

1  are ringing or I have a dull sound in my ear?
2  A. Yes.
3  Q. Who was that?
4  A. Jeff Lawrence.
5  Q. Where was he when he said that to you?
6  A. At this point, I do not recall -- where
7  was he when he said that? Oh, he came up to me.
8  Q. Go ahead. I'm sorry.
9  A. He came up to me.
10 Q. Did he tell you where he was when the cannon
11 was fired when he reported to you --
12 A. No.
13 Q. What did he tell you about his hearing at
14 that point?
15 A. He was like wow, that was really loud and
16 he was like holding his ear.
17 Q. Which ear?
18 A. Left.
19 Q. Left ear?
20 A. Wow, that was really loud, what was all
21 that about? And I explained to him, you know, the

Page 22

1  two boats passing, why did they do that? Did you
2  know they were going to do that, just questions
3  along that line.
4      Q. What did you say when he said did you know?
5      A. I said yes, I knew they were going to do
6  that, they made an announcement, they said it was
7  going to be loud and to cover your ears and he said
8  he didn't hear it.
9      Q. He said he didn't here them?
10     A. (Shakes head.)
11     Q. The conversation you had with him, you were
12 still on the yacht?
13     A. Um-hum.
14     Q. And the yacht was still moving?
15     A. Yeah.
16     Q. Was it under sail or motor?
17     A. I think it was under sail, again, I'm not
18 quite sure. The sails were up most of the time.
19     Q. When he said that to you and you responded,
20 did he indicate he had any difficulty hearing you at
21 that point?

Page 23

1      A. Yeah, he said that was loud, my ears
2  ringing.
3      Q. Then you had the conversation with him, did
4  he keep saying I can't hear you --
5      A. He seemed like he was uncomfortable, he
6  seemed distress. He seemed upset too because he
7  kept asking me all these questions, why why why.
8      Q. But, you were able to have a conversation
9  with him?
10     A. Yeah.
11     Q. Were you screaming?
12     A. No.
13     Q. And after the conversation, where did he go
14 and where did you go?
15     A. We just sort of like kept floating around,
16 ate some more food, looked out.
17     Q. Since you set this up and reviewed the
18 charter, did you go around and inquire if anyone else
19 whether they had any problems as result of the cannon
20 being fired?
21     A. No.

Page 24

1      Q. Did you go to Mr. Butler who had like the
2  youngest child, like 6 months --
3      A. No.
4      Q. -- and ask him?
5      A. No.
6      Q. Did anyone else come up to you and make any
7  complaints about a hearing problem as a result of the
8  cannon being fired other than Mr. Lawrence?
9      A. No.
10     Q. You never had any hearing problems; is that
11 right, you told me?
12     A. No.
13     Q. After this occurrence and knowing that
14 Mr. Lawrence has filed an action for alleged hearing
15 loss from this cannon, have you had your ears checked
16 for any reason?
17     A. No.
18     Q. How about your husband?
19     A. I don't think so, no.
20     Q. Your husband had a prior hearing disability
21 of some sort?

Page 25

1      A. He needs to get his ears checked.
2      Q. Is that because he doesn't listen to you?
3      A. He probably just blocks me out and says
4  he's losing his hearing.
5      Q. Did he say that the firing of cannon had any
6  effect on him?
7      A. No.
8      Q. When was the first time you found out that
9  Mr. Lawrence continued to have problems with his
10 hearing?
11     A. What do you mean?
12     Q. After you got off the vessel, when was the
13 next time you talked to Mr. Lawrence about any problems
14 that he had --
15     A. Monday.
16     Q. What did he say?
17     A. He was still complaining that his ear was
18 bothering him, he was having problems hearing, he
19 was going to go to the doctor, he was still upset
20 about the cannon.
21     Q. When is the first time you found out there

Page 26

1  was a lawsuit filed by Mr. Lawrence?
2      A.  I don't recall.
3      Q.  If you did --
4      A.  When was the first time when you
5  officially sent us the thing?
6      Q.  First time that you -- did you ever hear
7  before you got a third party claim filed against you
8  that Mr. Lawrence had filed suit?
9      A.  Yes, he had said that he was going to.
10     Q.  When was that?  Do you know?
11     A.  I cannot recall.
12     Q.  Did you ever ask Mr. Lawrence why he didn't
13 hear the announcement as to where he was?
14     A.  Yes.
15     Q.  What did he tell you?
16     A.  He had said that he was coming up or
17 something.
18     Q.  Coming up from --
19     A.  From the galley.
20     Q.  Do you know if there was anyone else in the
21 galley at the time?

Page 27

1      A.  No.
2      Q.  Do you know of anyone who did not hear the
3  announcement other than Mr. Lawrence?
4      A.  Not that they told me.
5      Q.  So, as far as you know, everyone else on the
6  vessel heard, as far as you know, heard the
7  announcement?
8          MR. STRAVITZ:  Objection, you can
9  answer.
10     A.  As far as I know, I mean, if there were
11 people in the galley I would have no way of knowing
12 whether they heard it or not.
13     Q.  As far as know, everybody that was on the
14 deck heard the announcement?
15     A.  Everybody that was close to her heard it
16 and I know they did because they either backed up,
17 backed off or they held their ears.
18     Q.  Did you have any children on board?
19     A.  Um-hum.
20     Q.  What --
21     A.  My own children.

Page 28

1      Q.  How old are they?
2      A.  Now, 17 and 15.
3      Q.  Where were they at the time that the cannon
4  was fired?
5      A.  They were up front, towards the front.
6      Q.  Did they ever complain to you about any
7  problems with earing as a result of the cannon being
8  fired?
9      A.  No.
10     Q.  After Mr. Lawrence continued to complain and
11 you found out the lawsuit was filed, did anyone come to
12 you at that point and indicate that they also were
13 having some hearing problems as a result of the cannon
14 being fired?
15     A.  No.
16     Q.  Does Mr. Lawrence continue to complain about
17 his hearing today?
18     A.  Yes.
19     Q.  Does he wear a hearing aid?
20     A.  Yes.
21     Q.  Every day?

Page 29

1      A.  I couldn't tell you if it was every day.
2  I don't see him every day.
3      Q.  Do you attend meetings with Mr. Lawrence?
4      A.  Yes.
5      Q.  And has he expressed difficulty hearing at
6  those meetings to you?
7      A.  He complains about the hearing aid, it
8  picks up all this background noise and stuff.
9      Q.  Anything else?
10     A.  No.
11     Q.  Now, you did indicate, you did the books or
12 the billing?
13     A.  Yeah, the financials.
14     Q.  Financials?  Has the income attributable to
15 the work of Mr. Lawrence gone down or remained the same
16 or increased since 2001?
17     A.  I would have to look that up.
18     Q.  You don't know off the top of your head just
19 from looking at the reports?
20     A.  I mean, the income for the firm has gone
21 up a little bit during the year.  I'd have to look

Page 30

1  and see how much, we have got nine partners.
2     Q.  Are there any documents that you attribute to
3  each partner, in the hours worked or income produced
4  from their clients?
5     A.  Yes, we have reports by billing attorneys,
6  that shows hours, fees collected, billings.
7     Q.  Can you tell me whether or not Mr. Lawrence's
8  hours and billing and collections have increased, gone
9  down or remained the same since 2001?
10    A.  Not off the top of my head.
11    Q.  What do you call that if I was going to issue
12 a subpoena to you for that, what would you call that?
13    A.  Financials, I guess, fees, just say
14 financial information.
15          MR. BOUSE:  I don't think I have any
16 other questions.  Thank you so much.
17          MR. SKEEN:  I just have a few.  Just
18 a few.
19          EXAMINATION BY MR. SKEEN:
20    Q.  Do you recall dealing with Crystal Davis?
21    A.  Was it Crystal?  Christie or something.

Page 31

1     Q.  This is a copy of a contract that was
2  identified in Crystal Davis's deposition.  I just want
3  you to take a look at it and see if that was the
4  contract you signed.  That is the actual deposition
5  exhibit?
6     A.  Print looks a little bit bigger than what
7  I had.  Yeah, that looks like it.
8          MR. STRAVITZ:  What exactly did you
9  sign?
10         THE WITNESS:  I signed this and I
11 remember this was attached to it.  The copy that I
12 have though, the print is just a little bit smaller.
13 So, maybe this is just a generic copy.
14         MR. STRAVITZ:  It's a two-page
15 agreement?
16         THE WITNESS:  Um-hum.
17         MR. STRAVITZ:  How many pages did you
18 sign?
19         THE WITNESS:  I signed one, the top
20 one.
21         MR. STRAVITZ:  And we're referring to

Page 32

1  what's been marked as Davis Exhibit Number 2 on
2  9/8/03.
3          MR. SKEEN:  I don't know if you want
4  to make another copy of it and put it in as an
5  exhibit.
6          MR. STRAVITZ:  We can do that after.
7     Q.  Now, you understood that you were chartering
8  this boat on behalf of Sher & Blackwell, did you not?
9     A.  Correct.
10    Q.  You had, I believe, you testified you had
11 authority to sign this contract?
12    A.  Um-hum.
13    Q.  That is your signature on the contract, Lisa
14 Henshaw, September 13, 2001?
15    A.  Yes.
16         MR. SKEEN:  We'll mark this as the
17 next exhibit.  Have you marked that one?
18         MR. BOUSE:  I don't think I marked
19 this yet.
20         MR. STRAVITZ:  Do you want to make
21 this 1 and --

Page 33

1          MR. BOUSE:  We'll make this 1 and
2  charter will be 2.  Do you want to do that now?
3          MR. SKEEN:  That's actually already
4  an exhibit.
5          MR. STRAVITZ:  You can put two
6  stickers on it.
7          (Henshaw Deposition Exhibit Number 1 was
8  marked for purposes of identification.)
9     Q.  Now, were you surprised when they bought out
10 this cannon on deck?
11    A.  Not really surprised, no.
12    Q.  Did you feel it presented any danger to
13 anyone on the cruise?
14    A.  No, unless they turned it around and
15 pointed it at one of us, then I would have gone hey.
16    Q.  If you had known that they were going to pull
17 this cannon out and fired it on this cruise, would that
18 have affected your decision to book this cruise to
19 begin with?
20         MR. STRAVITZ:  Objection, go ahead
21 and answer.

Page 34

1  A. No. I'm sorry. Repeat that again.
2  Q. If you had --
3  A. If I had known --
4  Q. If you had known they were going to shoot off
5  a cannon --
6  A. Would it have affected my decision?
7     MR. STRAVITZ: Objection, you can
8  answer.
9  A. No.
10    MR. SKEEN: I think that's all I got.
11 Thank you.
12    EXAMINATION BY MR. CHAKRABARTY:
13 Q. As a result of this incident, did you send
14 any sort of paperwork to the chartering company?
15 A. Yes.
16    MR. CHAKRABARTY: I don't know
17 whether you introduced that letter or --
18    MR. SKEEN: I haven't put it out.
19    MR. CHAKRABARTY: Okay.
20    MR. SKEEN: I don't think it's
21 disputed that she sent a letter. Crystal Davis

Page 35

1  identified it.
2  Q. Mr. Bouse asked you, because you made a
3  reference to one ear or the other, in terms of when
4  Mr. Lawrence told you he was having problems right
5  after the cannon blast?
6  A. Uh-huh.
7  Q. And you -- do you actually specifically
8  remember which ear or was it just --
9  A. He was looking at me and, but, it would
10 have been this way. Do you see what I am saying?
11 Q. You specifically remember which ear he was
12 talking about?
13 A. Yeah, because he was like this. I mean,
14 he had his finger on his ear.
15    THE WITNESS: Is that all right?
16    MR. STRAVITZ: Yeah, I was going to
17 let the record reflect that you were pulling on a
18 certain ear.
19 Q. Do you remember between the time that there
20 was an instruction given as to this is going to be loud
21 and whatever else was said between that and the actual

Page 36

1  cannon fire how long a lapse between that?
2  A. Maybe a couple minutes. It wasn't like
3  they made the announcement and then boom.
4  Q. In your interactions with Mr. Lawrence since
5  this incident, have you seen a change as opposed to
6  your interactions with him previous to this incident?
7  A. Change like?
8     MR. BOUSE: He blames you.
9  A. Right, I feel bad about the whole thing.
10 Q. Specifically with respect to some of the
11 things you discussed earlier in terms of his hearing?
12 A. He complains about, as I said, he
13 complains about it. He is aggravated with the
14 background noise. He has problems in meetings, you
15 walk into his office, Jeff, Jeff, you know, then he
16 gets aggravated with that. But, I mean, he's a nice
17 man, but I mean, he's just -- you could just tell
18 that at times it bothers him.
19 Q. Previous to this incident, did he ever have
20 any of these problems?
21 A. No.

Page 37

1  Q. You worked with him for how many years?
2  A. Almost ten years.
3  Q. I didn't quite understand. You said he told
4  you that he was coming up from the galley previous to
5  the firing?
6  A. Right.
7  Q. Do you remember -- do you actually remember,
8  specifically recollect him, seeing him coming up from
9  the galley?
10 A. No.
11 Q. Has he or any of the other partners expressed
12 to you any concerns due to his current hearing problems
13 affecting his work?
14 A. They have not expressed that to me, no.
15 Q. You stated that you fired a number of
16 different types of guns. Are you familiar with the
17 difference between the gauges of guns?
18 A. Like 12 gauge and all that?
19 Q. As opposed to 10 gauge?
20 A. I know there's different gauges. I don't
21 know the purposes whether it's more powerful or

Page 38

1  louder.
2      Q.  You said you remember this is being louder
3  than any of the guns?
4      A.  Absolutely.  It's not even the same.
5          MR. CHAKRABARTY:  Nothing further.
6          MR. STRAVITZ:  You have the right to
7  review the transcript.  You can make changes to
8  substance or the form of your testimony within 30
9  days after you receive the transcript.  Or you can
10 waive that right and just let it go as it is.  Most
11 people have been waiving the right.  One partner
12 wanted to review it.
13         THE WITNESS:  The transcript?  Waive.
14         MR. STRAVITZ:  She'll waive.
15     (Deposition concluded at 4:10 p.m.)

Page 39

1  State of Maryland
2  City of Baltimore, to wit:
3      I, Louisa B. McIntire-Brooks, a Notary
4  Public of the State of Maryland, County of Anne
5  Arundel, do hereby certify that the within-named
6  witness personally appeared before me at the time
7  and place herein set out, and after having been duly
8  sworn by me, according to law, was examined by
9  counsel.
10     I further certify that the examination
11 was recorded stenographically by me and this
12 transcript is a true record of the proceedings.
13     I further certify that I am not of
14 counsel to any of the parties, nor in any way
15 interested in the outcome of this action.
16     As witness my hand and notarial seal
17 this 16th day of February, 2004.
18     _____
           Louisa B. McIntire-Brooks
19             Notary Public
20 My Commission Expires:
21 June 2004

Page 40

INDEX
Deposition of Lisa Henshaw
January 22, 2004

| Examination by: | Page |
|---|---|
| Mr. Bouse | 3 |
| Mr. Skeen | 30 |
| Mr. Chakrabarty | 34 |

| Exhibit No. | Marked |
|---|---|
| 1. Diagram | 33 |