UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**Chambers of**
Richard D. Bennett
United States District Judge
Northern Division

U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201
Tel:  410-962-3190
Fax: 410-962-3177

August 25, 2004

TO COUNSEL OF RECORD

      Re: Jeffrey F. Lawrence, et al. v.
         The "Imagine...!" Yacht, LLC, et al.
         Civil Case No. RDB-02-3224

Dear Counsel:

  I am forwarding the Memorandum Opinion and Order and Judgment filed with the Clerk of the Court, who will also be formally transmitting copies of same.  Counsel for the Plaintiffs, the Defendant "Imagine...!" Yacht, and the Third-Party Defendant, Sher & Blackwell, should immediately contact Susan Parker, of my Chambers, for the scheduling of a telephone conference at which time a trial date will be set in this case.

            Sincerely,


            Richard D. Bennett
            United States District Judge

Attachments

RDB/daf