IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **JEFFREY F. AND DONNA LAWRENCE,** \* | |
| Plaintiffs, \* | |
| v. \* | **CIVIL NO. RDB 02-3224** |
| THE "IMAGINE . . .!" YACHT, LLC, et al., \* | |
| Defendants. \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>ORDER AND JUDGMENT</u>

For the reasons stated in the foregoing Memorandum Opinion, IT IS this 25th day of August 2004, hereby ORDERED:

1. That Defendant Annapolis Bay's Motion for Summary Judgment (Paper No. 43) is GRANTED as to all four Counts asserted in Plaintiffs' Complaint;

2. That judgment be ENTERED in favor of Defendant Annapolis Bay against Plaintiffs on all Counts;

3. That Defendant Annapolis Bay's Crossclaim against IMAGINE Yacht (Paper No. 11) is DISMISSED;

4. That Defendant Annapolis Bay's Third-Party Complaint against Third-Party Defendant Sher & Blackwell (Paper No. 12) is DISMISSED;

5. That Defendant IMAGINE Yacht's Partial Motion for Summary Judgment as to Count III of Plaintiffs' Amended Complaint (Paper No. 44) (Violation of Maryland Statute) is GRANTED;

6. That judgment be ENTERED in favor of all Defendants against Plaintiffs on Count III of Plaintiffs' Amended Complaint;

7. That Third-Party Defendant Sher & Blackwell's Motion to Strike IMAGINE's

        Response in Opposition (Paper No. 50) is DENIED;

8.     That Third-Party Defendant Sher & Blackwell's Motion for Summary Judgment (Paper No. 42) is DENIED; and

9.     That the Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to counsel for the parties.

                                                                           /s/

                                                                       Richard D. Bennett
                                                                       United States District Judge