UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
Richard D. Bennett
United States District Judge
Northern Division

U.S. Courthouse - Chambers 5D
101 W. Lombard Street
Baltimore, MD 21201
Tel: 410-962-3190
Fax: 410-962-3177

August 31, 2004

TO COUNSEL OF RECORD

Re: Lawrence v. The "Imagine...!" Yacht v. Sher & Blackwell
Civil No. RDB 02-3224

Dear Counsel:

Pursuant to our telephone conference of this afternoon, this case has been scheduled for a three day jury trial, starting November 22, 2004, at 10:00 a.m. Counsel are to report to Courtroom 5D at 9:30 a.m. The pretrial conference is scheduled for November 15, 2004, at 4:30 p.m., in Chambers 5D. Your requested *voir dire* and jury instructions are due at that time.

I have referred this case to a Magistrate Judge for mediation with a request that the settlement conference be conducted as soon as possible. You will be contacted directly by the Magistrate Judge assigned as to a conference date.

Sincerely,

/s/
Richard D. Bennett
United States District Judge

RDB/skp