# RESNICK & ABRAHAM, L.L.C.
## ATTORNEYS AT LAW

ONE EAST FRANKLIN STREET, SUITE 200 • BALTIMORE, MARYLAND 21202
(410) 539-6087 • 1-800-638-7652 • Fax: (410) 576-0818
HTTP://WWW.RA-ATTY.COM • EMAIL: INFO@RA-ATTY.COM

MURRAY I. RESNICK
(MD, D.C.)

PHILIP ABRAHAM
(MD, D.C.)

KEITH E. SCHWARTZ
(MD)

PRABIR CHAKRABARTY
(MD, D.C.)

TARA B. KNOWLES
(MD)

MARTIN L. KAPLAN
(NC)

**ASSOCIATED ATTORNEYS**
NATHAN A. COLMAN
(VA)

C. CURTIS STAROPOLI
(DE)

MICHAEL T. LAMBERTI
(NY)

ROSS GELFAND
(GA)

ALAN L. ARONS
(FL, NY)

LOUIS A. COLAGUORI
(NJ)

J. SCOTT WATSON
(PA)

IRWIN ESKANOS
(CA)

JOHN W. FAIRLEY
(NC)

1717 K STREET, N.W.
SUITE 600
WASHINGTON, D.C. 20036
(202) 452-1411

6200 FALLS OF NEUSE RD.,
SUITE 200
RALEIGH, NC 27609
(919) 981-4468

**ASSOCIATED OFFICES**

1315 DELAWARE AVENUE
SUITE 5
P.O. BOX 395
WILMINGTON, DE 19899-0395
(302) 750-5420

12500 FAIR LAKES CIR.,
SUITE 250
FAIRFAX, VA 22033
(703) 818-0223

6800 JERICHO TURNPIKE
SUITE 120
P.O. BOX 464
SYOSETT, NY 11791
(516) 364-5300

P.O. BOX 1870
ROSWELL, GA 30077
(678) 461-5952

1701 W. HILLSBORO BLVD.
SUITE 303
DEERFIELD BEACH, FL
33442-1571
(954) 480-6220

P.O. BOX 1427
BURLINGTON, NJ 08016-7027
(609) 386-1911

30 REGENCY PLAZA
GLEN MILLS, PA 19342
(610) 358-9600

2325 CLAYTON RD
CONCORD, CA 94520
800-364-9919

1721 NORLAND RD
CHARLOTTE, NC 28205-5705
(704) 535-8440

January 7, 2004

The Honorable Richard Bennett
United States District Court
For the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    <u>Jeffrey Lawrence v. The Imagine Yacht, L.L.C.</u>
             Case No. MJG-02-3224-Status Report

Dear Judge Bennett:

    On October 5, 2004, the parties, Jeffrey and Donna Lawrence, Sher & Blackwell, L.L.P. and The Imagine Yacht, L.L.C. held a settlement conference before the Honorable Susan K. Gauvey. We were able to reach a settlement that was docketed by this Court. Despite this settlement, to date, Defendant, The Imagine Yacht, L.L.C., and their counsel, Robert H. Bouse, Esq. of Anderson, Coe & King, have forwarded neither a Release nor settlement funds in order to resolve this claim.

    Over the last few weeks I have left numerous messages for Mr. Bouse to no avail. I most recently spoke to him on November 5, 2004 and November 9, 2004 and was told that the check was mailed from the insurer in North Carolina on November 2, 2004 and that I would receive the Release and settlement check shortly. Despite these representations, it is now November 11, 2004 and we have yet to receive anything in our office. I would request your assistance in resolving this matter so that we will not have to waste judicial resources by filing a claim for the failure to comply with the terms of the settlement agreement, including interest on the unpaid settlement as well as attorney's fees.

Very truly yours,
RESNICK & ABRAHAM, L.L.C

Prabir Chakrabarty
MD25524