IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| JEFFREY F. LAWRENCE And DONNA LAWRENCE | * * | |
| Plaintiffs | * | |
| v. | * | |
| THE "IMAGINE...!" YACHT, LLC And ANNAPOLIS BAY CHARTERS, INC. And LATITUDE 38, LLC | * * * | |
| Defendants | * | Civil Action # RDB-02-CV-3224 |
| * * * * | * | |
| THE "IMAGINE...!" YACHT, LLC | * | |
| Third Party Plaintiff | * | |
| v. | * | |
| SHER & BLACKWELL, LLP | * | |
| Third Party Defendant | * | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties in the above captioned action, by their undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims against all Defendants, including Third Party

Defendants

_____
Prabir Chakrabarty, Esquire
Resnick & Abraham, LLC
One E. Franklin Street
Baltimore, MD 21202
***Attorney for Plaintiffs***

*/s/ Eric N. Stravitz / JAC w/ PERMISSION*
_____
Eric N. Stravitz, Esquire
Mesirow & Stravitz, PLLC
2000 Massachusetts Avenue, N.W., Suite 200
Washington, DC 20036
***Attorney for Sher & Blackwell, LLP***

*/s/*
_____
Jonathan A. Cusson
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Baltimore, Maryland 21201-4135
***Attorney for Imagine…! Yacht, LLC***

_____
David W. Skeen, Esquire
Wright, Constable & Skeen, LLP
One Charles Center, 16th Floor
100 North Charles Street
Baltimore, MD 21201-3812
***Attorney for Latitude 38, LLC***

Defendants.

_____
Prabir Chakrabarty, Esquire
Resnick & Abraham, LLC
One E. Franklin Street
Baltimore, MD 21202
*Attorney for Plaintiffs*

_____
Jonathan A. Cusson
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Baltimore, Maryland 21201-4135
*Attorney for Imagine...! Yacht, LLC*

_____
Eric N. Stravitz, Esquire
Mesirow & Stravitz, PLLC
2000 Massachusetts Avenue, N.W., Suite 200
Washington, DC 20036
*Attorney for Sher & Blackwell, LLP*

_____
David W. Skeen, Esquire
Wright, Constable & Skeen, LLP
One Charles Center, 16th Floor
100 North Charles Street
Baltimore, MD 21201-3812
*Attorney for Latitude 38, LLC*

Defendants.

_____
Prabir Chakrabarty, Esquire
Resnick & Abraham, LLC
One E. Franklin Street
Baltimore, MD 21202
*Attorney for Plaintiffs*

_____
Jonathan A. Cusson
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Baltimore, Maryland 21201-4135
*Attorney for Imagine...! Yacht, LLC*

_____
Eric N. Stravitz, Esquire
Mesirow & Stravitz, PLLC
2000 Massachusetts Avenue, N.W., Suite 200
Washington, DC 20036
*Attorney for Sher & Blackwell, LLP*

_____
David W. Skeen, Esquire
Wright, Constable & Skeen, LLP
One Charles Center, 16th Floor
100 North Charles Street
Baltimore, MD 21201-3812
*Attorney for Latitude 38, LLC*