IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| JEFFREY F. LAWRENCE<br>And<br>DONNA LAWRENCE | * | |
| | * | |
| Plaintiffs | * | |
| v. | * | |
| THE "IMAGINE...!" YACHT, LLC<br>And<br>ANNAPOLIS BAY CHARTERS, INC.<br>And<br>LATITUDE 38, LLC | *<br><br>*<br><br>* | |
| Defendants | * | Civil Action # RDB-02-CV-3224 |
| * * * * | * | |
| THE "IMAGINE...!" YACHT, LLC | * | |
| Third Party Plaintiff | * | |
| v. | * | |
| SHER & BLACKWELL, LLP | * | |
| Third Party Defendant | * | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties in the above captioned action, by their undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims against all Defendants, including Third Party

APPROVED, this 8th day of February, 2005.

_____
Richard D. Bennett
United States District Judge

#64